BRYAN R. WHITTAKER
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
E-Mail: Bryan.Whittaker@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
APR 17 2015
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM KRISSTOFER WOLF,<br><br>Defendant. | CR 15- 49-BLG-SPW<br><br>INDICTMENT<br><br>ILLEGAL POSSESSION OF A MACHINEGUN<br>Title 18 U.S.C. § 922(o) (Count I)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>POSSESSION OF FIREARM NOT REGISTERED IN NATIONAL FIREARMS REGISTRATION AND TRANSFER RECORD<br>Title 26 U.S.C. §§ 5841, 5845(a), 5861(d), 5871 (Count II)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>FORFEITURE<br>Title 18 U.S.C. § 924(d) |
|---|---|

1

THE GRAND JURY CHARGES:

## COUNT I

On or about March 15, 2015, in Park County, in the State and District of Montana, the defendant, WILLIAM KRISSTOFER WOLF, knowingly possessed a machinegun, namely an Izhmash, Model Saiga-12, 12 gauge shotgun (serial number 01408040), in violation of 18 U.S.C. § 922(o).

## COUNT II

On or about March 15, 2015, in Park County, in the State and District of Montana, the defendant, WILLIAM KRISSTOFER WOLF, knowingly possessed a firearm, namely an Izhmash, Model Saiga-12, 12 gauge shotgun (serial number 01408040), a machinegun and having a barrel length of less than 18 inches, that was not registered to him in the National Firearms Registration and Transfer record, in violation of 26 U.S.C. §§ 5841, 5845(a), 5861(d), and 5871.

## FORFEITURE ALLEGATION

Pursuant to 18 U.S.C. § 924(d), the defendant, WILLIAM KRISSTOFER WOLF, shall forfeit to the United States any firearms and ammunition involved in and used in the offenses charged in this Indictment.

A TRUE BILL.    Foreperson signature redacted.  Original document filed under seal.

_____
MICHAEL W. COTTER
United States Attorney

For JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: USMS Custody
Bail: _____