# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM KRISSTOFER WOLF,<br><br>Defendant. | CR 15-49-BLG-SPW   **FILED**<br><br>NOV 0 5 2015<br><br>Clerk, U.S. District Court<br>District Of Montana<br>Billings<br><br>VERDICT |

1. We, the Jury, in the above-entitled matter, unanimously find the defendant, WILLIAM KRISSTOFER WOLF,

      ____  Not Guilty

      __X__  Guilty

of the offense of possession of a machinegun in violation of Section § 922(o) of Title 18 of the United States Code as charged in Count I of the indictment.

2. We, the Jury, in the above-entitled matter, unanimously find the defendant, WILLIAM KRISSTOFER WOLF,

      ____  Not Guilty



      __X__  Guilty

of the offense of possession of a firearm that was not registered to him in the National Firearms Registration and Transfer record in violation of Section 5841, 5845(a), and 5861(d) as charged in Count II of the indictment.

1

Having found WILLIAM KRISSTOFER WOLF guilty of Count II of the indictment, we, the jury, unanimously find that that the firearm was:

_____ a machine gun

_____ a shotgun with a barrel of less than 18 inches in length; or

\_\_\_X\_\_\_ both

Having found WILLIAM KRISSTOFER WOLF guilty of Count II of the indictment, we, the jury, unanimously find that that WOLF knew the characteristics of the firearm, that is, that it was:

_____ a machine gun

_____ a shotgun with a barrel of less than 18 inches in length; or

\_\_\_X\_\_\_ both

**Have your foreperson sign and date the Verdict and advise the bailiff that you are ready to return to the courtroom.**

DATED this 5th day of November, 2015.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON