## PLAINTIFF'S TRIAL WITNESS LIST

## UNITED STATES v. WILLIAM KRISSTOFER WOLF

| Plaintiff Counsel: Bryan R. Whittaker Assistant U.S. Attorney | Defendant Counsel: Mark Werner | District Division: District of Montana Billings Division | Docket No: CR 15-49-BLG-SPW |
|---|---|---|---|
| Trial Date: November 2, 2015 | Courtroom Deputy: E. Hamnes | Court Reporter: Tina Brilz | Presiding Judge: Honorable Susan P. Watters |

| Date of testifying on behalf plaintiff | Date of testifying on behalf defendant | NAME OF WITNESS |
|---|---|---|
| 11/2/2015 | | Matt Deurmeier, Special Agent, Federal Bureau of Investigation |
| 11/3/2015 | | Gregory Rogers, UCE, Federal Bureau of Investigation |
| 11/3/2015 | | Edward Gray |
| 11/3/2015 | | Ronnie S. Holt, Firearms Expert, Federal Bureau of Investigation |
| 11/4/2015 | | Ryan Dahlin, Pilot, Customs Border Protection |
| | | Greg Rice, Special Agent, Federal Bureau of Investigation |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CAVEAT: THE UNITED STATES MAY OR MAY NOT CALL ALL OF THE WITNESSES ON THE WITNESS LIST. THE DEFENDANT SHOULD NOT RELY ON THIS LIST AS A GUARANTEE THAT THE WITNESSES LISTED WILL TESTIFY. THE DEFENDANT SHOULD ISSUE HIS OWN SUBPOENA FOR ANY WITNESS HE WANTS TO TESTIFY ON HIS BEHALF AT TRIAL.