## CR-15-49-BLG-SPW

## USA v. William Krisstofer Wolf

Defendant Witness List :

William Krisstofer Wolf