**BRYAN R. WHITTAKER**
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
E-Mail: Bryan.Whittaker@usdoj.gov

**DANYA E. ATIYEH**
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Phone: (202) 353-0023
E-Mail: Danya.Atiyeh@usdoj.gov

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **WILLIAM KRISSTOFER WOLF,**  Defendant. | CR 15-49-BLG-SPW  **NOTICE OF SENTENCING WITNESS** |

1

The United States of America, by and through Bryan R. Whittaker, Assistant United States Attorney for the District of Montana, hereby gives notice of the following witness that may testify at the sentencing hearing set for March 3, 2016:

- Special Agent Matthew J. Deurmeier, Federal Bureau of Investigation.

DATED this 24th day of February, 2016.

        MICHAEL W. COTTER
        United States Attorney

        */s/ Bryan R. Whittaker*
        Assistant United States Attorney
        Attorney for Plaintiff